1  Randal M. Barnum, Esq.
   State Bar No. 111287
2  LAW OFFICES OF RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA 94510
   Phone: (707) 745-3747
4  Fax No.: (707)745-4580

5  Attorney for Plaintiff
   RICHARD G. BORNALES
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  RICHARD G. BORNALES              NO.  C 04 1373 MMC

12                                   STIPULATION RE: DISMISSAL
              Plaintiff,              WITH PREJUDICE; (PROPOSED)
13                                   ORDER THEREON
    vs.
14                                   [Fed. R. Civ. P. 41(a)]
    THE HONORABLE NORMAN
15  Y. MINETA, SECRETARY OF
    TRANSPORTATION,
16
              Defendants.
17  _____/

18      IT IS HEREBY STIPULATED between Plaintiff RICHARD G. BORNALES and

19  Defendant THE HONORABLE Y. MINETA, SECRETARY OF TRANSPORTATION

20  through their respective attorneys of record, that the above-entitled action is hereby dismissed

21  with prejudice pursuant to Fed. R. Civ.P.41(a).  The parties shall bear their own respective

22  costs and attorneys' fees.

23  Dated: August 10, 2005           Law Offices of Randal M. Barnum

24

25                                   By: <u>Signature appears on original document</u>
                                     Randal M. Barnum, Attorney for Plaintiff
26                                   Richard G. Bornales

27

28

| | | |
|---|---|---|
| 1 | Dated: August 3, 2005 | Kevin V. Ryan, United States Attorney |
| 2 | | |
| 3 | | By: <u>Signature appears on original document</u> |
| 4 | | Chinhayi J. Coleman, Assistant United States Attorney, Attorneys for Defendant Norman Y. |
| 5 | | Mineta, Secretary, U.S. Dept. of Transportation |

**ORDER**

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that the above-entitled action is dismissed with prejudice. The parties shall bear their own respective costs and attorneys' fees.

Dated: August 10, 2005

_____
Hon. Maxine M. Chesney
United States District Judge

STIPULATION RE: DISMISSAL        -2-        No. C 04 1373 MMC